UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JARMON JONES | * | CIVIL ACTION NO. 2:15-cv-134 |
| DOC # 388455 | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| KEITH COLLEY, ET AL | * | MAGISTRATE JUDGE KAY |

***********************************************************************

# JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 10), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this _19_ day of _February_, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE